

**WARNING: THIS DOCUMENT FILED UNDER SEAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
MARK A. INCIONG  163443
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 1 4 2004
at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII    CR 04-00401 HG

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. _____ |
| Plaintiff, | ) INDICTMENT |
| | ) [21 U.S.C. §§ 846, 841(a)(1) and |
| vs. | ) 843(b)] |
| GEORGE KEAHI, JR., (01),<br>  aka "Uncle Louie,"<br>  aka "Opelu,"<br>BRIAN U'U, (02),<br>ARNOLD C. ARRUIZA, (03),<br>MARY H. VANDERVELDE, (04),<br>CHRIS TOLBERT, (05), | ) |
| Defendants. | ) |

UNSEALED BY ORDER OF THE COURT
DATE: OCT 19 2004

SEALED
BY ORDER OF THE COURT

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown but from at least on or about October 1, 2002, to on or about September 30, 2004, in the District of Hawaii, defendants GEORGE KEAHI, aka "Uncle Louie," aka "Opelu," ARNOLD C. ARRUIZA, MARY H. VANDERVELDE, BRIAN U'U, CHRIS TOLBERT did conspire together with each other and with Sham Vierra, Marco Antonio Davidson-Cervantes, Adele M. Criste, Leslie Jaramillo, Robert Eisler, Melissa Ordonez, Fernando Iribe-Tirado, Moses Kiakona, aka "Paele," Glenn P. Fernandez, Antonio Panlasigui, Jr., aka "Tony," Dawn R. Galarita, Tiare M. Smith, Thomas Barros, Jr., aka "Sparky," not defendants herein, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Ways and Means of Accomplishing the Conspiracy

The co-conspirators reached and attempted to reach the objectives of this conspiracy using the following ways and means, among others:

2

1. It was part of the conspiracy that from 2002 and continuing through September 2004, Moses Kiakona, aka "Paele," not a defendant herein, obtained quantities of methamphetamine from individuals in California for distribution on Maui and Lanai.

2. It was further part of the conspiracy that the co-conspirators used long distance telephone calls, cellular telephones and rental cars to arrange for the distribution and to distribute methamphetamine.

3. It was further part of the conspiracy that the co-conspirators concealed the income and assets derived from the sale of methamphetamine.

### Overt Acts

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

1. During October 2002, Sham Vierra, not a defendant herein, distributed a quantity of methamphetamine to Robert Eisler, not a defendant herein;

2. On or about January 31, 2003, Moses Kiakona, aka "Paele," not a defendant herein, met with Fernando Iribe-Tirado, not a defendant herein, and others in Wailuku, Maui;

3. On or about February 4, 2003, Robert Eisler, not a defendant herein, held a quantity of methamphetamine for distribution in a residence in Lahaina, Maui;

4. On or about February 11, 2003, Sham Vierra, not a defendant herein, caused to be sent by Federal Express approximately $100,000 in United States Currency from Maui to Marco Antonio Davison-Cervantes in San Ysidro, California;

5. During April 2004, Thomas Barros, Jr., aka "Sparky," not a defendant herein, held ounce quantities of methamphetamine for distribution;

6. On or about June 7, 2004, Glenn P. Fernandez, not a defendant herein, possessed a quantity of methamphetamine on Maui;

7. On or about July 15, 2004, Sham Vierra and Melissa Ordonez, not defendants herein, spoke on the telephone concerning a distribution of a quantity of methamphetamine;

8. On or about July 19, 2004, Marco Antonio Davidson-Cervantes, not a defendant herein, crossed into the United States at San Ysidro port of entry;

9. On or about July 20, 2004, Marco Antonio Davidson-Cervantes, not a defendant herein, flew to Maui from Los Angeles, California, on board an American Trans Air flight;

10. On or about July 20, 2004, defendant GEORGE KEAHI, aka "Uncle Louie," aka "Opelu" spoke on the telephone with Sham

4

Vierra, not a defendant herein, concerning a distribution of two ounces of methamphetamine;

11. On or about July 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with defendant GEORGE KEAHI, aka "Uncle Louie,", aka "Opelu" concerning the distribution of two ounces of methamphetamine;

12. On or about July 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with defendant BRIAN U'U, concerning the distribution of two ounces of methamphetamine;

13. On or about July 20, 2004, defendant MARY H. VANDERVELDE, travelled from Lanai to Maui in order to obtain a quantity of methamphetamine for distribution on Lanai;

14. On or about July 20, 2004, defendant GEORGE KEAHI, aka "Uncle Louie," aka "Opelu" spoke on the telephone with defendant ARNOLD C. ARRUIZA.

15. On or about July 20, 2004, Marco Antonio Davidson-Cervantes, not a defendant herein, met with Sham Vierra, not a defendant herein, on Maui;

16. On or about July 21, 2004, Sham Vierra spoke on the telephone with defendant GEORGE KEAHI, aka "Uncle Louie," aka "Opelu";

17. On or about July 23, 2004, defendant BRIAN U'U held approximately $5,300 in United States currency in Lahaina, Maui;

18. On or about July 27, 2004, Marco Antonio Davidson-Cervantes, not a defendant herein, flew from Maui to Los Angeles, California, aboard an American Trans Air flight;

19. On or about August 15, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with defendant TIARE M. SMITH concerning the distribution of a quantity of methamphetamine;

20. On or about August 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Moses Kiakona, aka "Paele," not a defendant herein;

21. On or about August 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Leslie Jaramillo, not a defendant herein;

22. On or about August 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with defendant BRIAN U'U;

23. On or about August 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Antonio Panlasigui, Jr., aka "Tony," not a defendant herein, concerning the distribution of a quantity of methamphetamine;

24. On or about August 20, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Leslie Jaramillo, not a defendant herein;

25. On or about August 21, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Leslie Jaramillo, not a defendant herein;

26. On or about August 21, 2004, defendant BRIAN U'U held a quantity of methamphetamine for distribution;

27. On or about August 21, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Antonio Panlasigui, Jr., aka "Tony," not a defendant herein, concerning the distribution of a quantity of methamphetamine;

28. On or about August 22, 2004, Sham Vierra and Adele M. Criste, not defendants herein, held approximately two pounds of methamphetamine for distribution;

29. On or about August 22, 2004, Antonio Panlasigui, Jr., aka "Tony," not a defendant herein, made a telephone call to Sham Vierra, not a defendant herein, to obtain a quantity of methamphetamine;

30. On or about August 23, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Dawn R. Galarita, not a defendant herein;

31. On or about August 24, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with Dawn R. Galarita, not a defendant herein;

32. On or about August 24, 2004, Sham Vierra and Adele M. Criste, not defendants herein, spoke on the telephone;

33. On or about August 24, 2004, Sham Vierra and Adele M. Criste, not defendants herein, spoke on the telephone;

34. On or about September 12, 2004, Sham Vierra, not a defendant herein, spoke on the telephone with defendant CHRIS TOLBERT concerning the distribution of a quantity of methamphetamine;

35. On or about September 30, 2004, Moses Kiakona, aka "Paele," not a defendant herein, held approximately $140,000 in United States currency in a house in Honokohau Valley on Maui;

36. On or about September 30, 2004, defendant CHRIS TOLBERT held a quantity of methamphetamine in an apartment in Lahaina, Maui, for distribution.

All in violation of Title 21, United States Code, Section 846.

## Count 2

The Grand Jury further charges that:

On or about July 10, 2004, in the District of Hawaii, defendant BRIAN U'U did knowingly and intentionally use and cause to be used a communications facility, that is, a telephone in

causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 3

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant GEORGE KIEAHI, JR., aka "Uncle Louie," aka "Opelu" did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 4

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant GEORGE KIEAHI, JR., aka "Uncle Louie," aka "Opelu" did

knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 5

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant GEORGE KIEAHI, JR., aka "Uncle Louie," aka "Opelu" did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

Count 6

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant GEORGE KIEAHI, JR., aka "Uncle Louie," aka "Opelu" did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

Count 7

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant BRIAN U'U did knowingly and intentionally use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 8

The Grand Jury further charges that:

On or about July 20, 2004, in the District of Hawaii, defendant ARNOLD C. ARRUIZA, did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 9

The Grand Jury further charges that:

On or about July 21, 2004, in the District of Hawaii, defendant GEORGE KIEAHI, JR., aka "Uncle Louie," aka "Opelu" did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled

12

substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 10

The Grand Jury further charges that:

On or about September 12, 2004, in the District of Hawaii, defendant CHRIS TOLBERT did knowingly use and cause to be used a communications facility, that is, a telephone in causing or facilitating the commission of a conspiracy to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, its salts, isomers and salts or its isomer, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### Count 11

The Grand Jury further charges that:

On or about September 30, 2004, in the District of Hawaii, defendant CHRIS TOLBERT did knowingly and intentionally possess with intent to distribute five grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

13

All in violation of Title 21, United States Code, Section 841(a)(1).

SENTENCING ALLEGATIONS

1.  With respect to Count 1 of the Indictment, the defendants distributed, possessed with intent to distribute and conspired to distribute and possess with intent to distribute approximately one hundred twenty (120) pounds of methamphetamine, its salts, isomers and salts of its isomers.

DATE: _____OCT 1 4 2004_____, 2004, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. George Keahi, et al.
Cr. No. _____
INDICTMENT

14