

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 0 2 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401 HG |
| | ) | |
| vs. | ) | NOTICE OF MOTION; |
| | ) | DEFENDANT MARY H. VANDERVELDE'S |
| GEORGE KEAHI, JR., (01) | ) | MOTION TO HIRE AT GOVERNMENT |
| aka "Uncle Louie," | ) | EXPENSE DR. BRENDA ANDRIEU, PH.D. |
| aka "Opelu," | ) | AS EXPERT; MEMORANDUM OF LAW IN |
| BRIAN U'U, (02) | ) | SUPPORT OF MOTION; EXHIBITS 1-3; |
| ARNOLD C. ARRUIZA (03) | ) | DECLARATION OF JACK SCHWEIGERT, ESQ.; |
| MARY H. VANDERVELDE, (04) | ) | CERTIFICATE OF SERVICE |
| CHRIS TOLBERT (05) | ) | |
| | ) | |
| Defendants. | ) | Non-Hearing Motion |
| | ) | |
| | ) | Sentencing: February 17, 2006 @ 10:00 a.m. |

NOTICE OF MOTION

TO:   Thomas Muehleck, Esq.
      Assistant U.S. Attorney
      300 Ala Moana Blvd., Box 50183, Room 6100
      Honolulu, HI 96850
            Attorney for U.S.A.

NOTICE IS HEREBY GIVEN pursuant to Crim.LR12.2 and LR7.4 that U.S.A. has 11 days after service of this motion to file any opposition to this non-hearing motion. Should U.S.A. not oppose this motion, it shall file a statement of no opposition or no position within the time provided above.

DATED: Honolulu, Hawaii; February 2, 2006.

Jack Schweigert, Esq.
Court-Appointed Attorney for Defendant
Mary H. Vandervelde

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401 HG |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE KEAHI, JR., (01) | ) | DEFENDANT MARY H. VANDERVELDE'S |
| aka "Uncle Louie," | ) | MOTION TO HIRE AT GOVERNMENT |
| aka "Opelu," | ) | EXPENSE DR. BRENDA ANDRIEU, PH.D. |
| BRIAN U'U, (02) | ) | AS EXPERT |
| ARNOLD C. ARRUIZA (03) | ) | |
| MARY H. VANDERVELDE, (04) | ) | |
| CHRIS TOLBERT (05) | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT MARY H. VANDERVELDE'S MOTION TO HIRE AT GOVERNMENT EXPENSE DR. BRENDA ANDRIEU, PH.D. AS EXPERT

COMES NOW DEFENDANT MARY H. VANDERVELDE, by and through counsel, and moves this Honorable court to hire at government expense Brenda Andrieu, Ph.D. to serve as expert and psychologically evaluate Defendant Vandervelde, prepare a report based on that evaluation, and provide testimony at Defendant's sentencing on February 17, 2006. By this motion, it is requested that the Court allow Dr. Andrieu to be paid $150 per hour for her services, up to a maximum of $1,500.

This motion is made pursuant to 18 U.S.C. § 3006A(e)(3) and is based on § 5K2.13 USSG, which allows for a downward departure based on mental impairment. This motion is supported by the attached declaration of Jack Schweigert, court-appointed counsel, Exhibits 1-3 attached hereto, and the record and file.

DATED: Honolulu, Hawaii; February 2, 2006.

/s/ Jack Schweigert
Jack Schweigert, Esq.
Court-Appointed Attorney for Defendant
Mary H. Vandervelde