

**COMMUNITY CLINIC OF MAUI**

"Where Aloha is more than just a word"

48 Lono Ave
Kahului HI 96732-1614
(808) 871-7772
Fax (808) 872-4029

SATELLITE CLINICS:

Ka Hale A Ke Ola
Resource Center
670-A Waiale Drive
Wailuku, HI 96793

Lahaina Comprehensive
Health Center
1830 Honoapiilani Hwy
Lahaina, HI 96761

Date: December 15, 2005
To: Jack Schweigert
    550 Halekauwila Street
    Honolulu, Hawaii 96813
From: Dee White, MS, CSAC, NCC
Clinical Discharge, Personal History, Assessment
Re: Mary Vander Velde    DOB: 01/10/83

Ms Mary Vander Velde has met her treatment goals at the "Ice" Project Chemical Dependency Treatment Program of the Community Clinic of Maui and is hereby given a Clinical Discharge at this day. She continues to attend three times / week of Continuing Care and counseling for support until her sentencing.

**Diagnostic Impressions:**
Axis 1: (MH)   Rule / Out:
    309.8 Posttraumatic Stress Disorder,
    300.4 Dysthymic Disorder
    *DISORDERS USUALLY FIRST DIAGNOSED IN INFANCY, CHILD HOOD, OR ADOLESCENCE:*
    318   Mild Mental Retardation
    Learning Disorder
Axis 1: (SA) 304.40 Amphetamine Dependence, In Full
        Remission
    304.30 Cannabis Dependence, In Full Remission
    303.90 Alcohol Dependence, In Full Remission
    304.20 Cocaine Abuse
    305.00 Alcohol Abuse
Axis II: 799.9
Axis III: None reported at this time
Axis IV: Primary Support Group, Social Environment,
        Educational, Legal System
Axis V: (GAF) Current 37   Highest Past Year 35

*ASAM Dimension Ratings (High, Moderate, Low*
Dimension 1: Acute Intoxication/Withdrawal Potential: Low
Dimension 2: Biomedical Conditions & Complications: Low
Dimension 3: Emotional/Behavioral Conditions /
        Complications: Moderate (written/oral work
        difficult; wants to please, cannot think of answer)
Dimension 4: Treatment Resistance:   Low
Dimension 5: Relapse and Continued Use Potential   Low
Dimension 6: Recovery Environment:   Low

Exhibit "1"

Mary Vander Velde        DOB: 1/10/83        Assessment        Page 2

Ms Vander Velde is a 22 year-old, Caucasian female who was referred to the "Ice" Project Substance Abuse Outpatient Treatment Program at the Community Clinic of Maui by Carolyn Hall, U.S. Pretrial Services. Ms Vander Velde has attended treatment consistently since 10/6/05. She appears appropriately dressed in jeans and lose shirts. She is a concrete learner with negligible ability at this time to grasp complex thoughts and retain them. Written work usually requires that I work closely with her, processing her thoughts by open ended questions and then helping her with the spelling (even though spelling is not important.) The text for treatment is <u>Criminal Conduct and Substance Abuse Treatment</u> by Kenneth W. Wanberg & Harvey B. Milkman.

**Mental Status:** Ms Vander Velde displays constricted affect, depressed and anxious mood. She is unusually calm and quiet in group, almost to the point of "hiding out". Any attention causes her to blush bright pink, look down, apparently embarrassed. Her thought processes appear to be tangential with loose associations. She reports no hallucinations or delusions except for one auditory experience while high on methamphetamine. This frightened her, she reports. There appears to be significant memory impairment, both recent and remote. Her ability to survive in her chaotic home with the pressure of her parents and brother, (who is currently in treatment) is to be noted. She is oriented in all spheres at all time. She reports no suicidal or homicidal ideation. Her speech is slow and careful.

**Functional Impairments:**
    Family:                         Severe;
    Relationship with Partner:       Severe;
    Physical Health:                 Mild;
    Work:                            Moderate;
    School:                          Severe;
    Spiritual / Sense of Meaning:    Severe;
    Social Activity Level:           Severe

Symptoms currently experiencing include: increased appetite, episodic crying, low energy, depressed mood, irritability, low self-esteem, grief at losses, anxiety and fear.

**Family History:** Ms Vander Velde reports that her brother, 2 years older, molested her from 3 years old to 4th grade, when she ran away to live with a girlfriend. She reports touching, insertion of objects such as a coat hanger, and, finally, penetration. Her relationship with this brother while in this treatment Program has been a constant taking care of his needs (transportation, food, presents, etc.) to the detriment of her own best interests.

Mary Vander Velde         DOB: 1/10/83         Assessment         Page 3

At 4th grade, she lived with that friend for about a year. During that time, she would come home, spend a night, and get fresh clothes, go to school, meet her friend and go home with her. After about a year, the friend's father told her that he could not afford to raise another daughter. Ms Vander Velde reports that she then found another friend, repeated the pattern throughout her childhood. Her memories of home are full of her Father yelling and a lot of hitting. She remembers a split lip. She also remembers being on the ground, his knee in her chest, and he was choking her. "I couldn't breathe."

As to her Mother, "We never did get along," says Vander Velde. "There was a lot more yelling and slamming of doors." "We just couldn't communicate." "She liked my brother, better."

Ms Vander Velde reports being in Special Ed at Third Grade and in High School.

Ms Vander Velde's siblings are: Edward, 36; Joel, 24; Jane, 17; John, 16. Her parents are Joel Lewis and Heidi Vander Velde. There is a Bi-Polar mental health history in the family.

**Alcohol and Drug History** per client memory:

**Alcohol:** First: **12** years old. At **16** years old—shared a bottle of vodka with 3 other kids every weekend for a month or so, until they got tired of doing it. Then started drinking at parties 2 times / month for 4 or 5 months. Always got drunk. **17** years old: Party every weekend: 2 beers just to be social; **18** years old stopped until **20** years old when drank once in awhile. **21**: not that much. Cannot remember last drink.

**Amphetamine:** First: **14** years old. At **16:** 3 hits everyday for 1 month (maybe stopping every 4 days for a few days.) Weight loss: from 160 to 140 pounds; **17** years old: stopped; **18** once in a while; **19:** everyday, with breaks, until arrested.

**Cannabis:** First: **16** years old: 2 hits per month—"I couldn't handle it, couldn't even remember my home phone number—even though bad reaction, "It was cool to do." **17:** "The guys at school wanted me to smoke with them, I was really popular with them. I knew the party scene because my brothers knew where they were and I got a car. Used 3 times / week / at school. **18:** stopped. **19 – 20** once in a while. Last: 10/01/04 with boyfriend.

**Cocaine:** First: **15 years old:** snorted 1 line, 2 times per Week; **16:** stopped. Last: "Can't remember."

**Hallucinogens:** First: **16 years old:** 1 hit / 4 times

**Nicotine:** First: **15 years old:** tried it; did not like it.

No other drug use reported. No I.V. drug use reported.

Mary Vander Velde         DOB: 1/10/83         Assessment         Page 4

**Relationship History** as per client and difficult to sequence:

Starting with her family of origin, client has apparently been in unstable situations. At the end of 5th grade, the family moved to Namuu Street, a notorious street for drugs in Kihei. They eventually lived in 3 different substandard houses on this street. Ms Vander Velde has always had older boyfriends. In the 8th grade he was a 9th grader, in the 9th grade an 11th grader. She reports that these were not sexual relationships.

When she was in the 11th grade, her neighbor, G--- (29 or 30 years old) gave her housing because her "Mother did not pay the rent and we got evicted." This was a sexual relationship as she slept in his bed.

At 18 years old, she was smoking crack with G___, got pregnant. There was an electrical fire in the back house in which Vander Velde and her sister barely escaped. She still had burns on her when she aborted this pregnancy. She was homeless on the street. No clothes or anything. Eventually the Red Cross gave $500 (after 6 months.)

J. D., 40 years old approximately, "the biggest drug dealer" on Namuu, wanted Vander Velde away from G___, ending with a big fight in the middle of the street. Vander Velde had broken glass in her hair. J.D. then used Vander Velde sexually with him, playing upon her need for a place to stay and money for her basic needs.

At 19 years old, she started hanging out with a 46-year-old married, male, G.G. At first he was her protector. After 6 months the relationship turned sexual. Due to their relationship and his drug use, his marriage ended in divorce. As her protectors went to jail, Vander Velde stayed with her brother or an old boss's office.

It is through G.G.'s cell phone that Vander Velde met Arnold. They met at Sugar Beach, he gave her Ice, took her to a hotel room for a night of sex. Arnold then hooked her up with S__, 39 years old. (Arnold had another relationship at that time.) Vander Velde was in a position of being sexual with both GG and S___ for housing. (Meanwhile, Arnold got another woman pregnant twice...The timeline for all of this is fuzzy.) 2 years later Arnold met Vander Velde's Mother on Sugar Beach about May 22, 2004. He recognized Mother, and asked her for Vander Velde's number. Then he called her. She was surprised to hear from him after what he had done. "It felt a little bit exciting," she says. She met him at Sugar Beach, went to his friend's house, smoked Ice and re-established their sexual relationship in a hotel room that

<u>Mary Vander Velde</u>      DOB: 1/10/83      Assessment      Page 5

night. Three weeks later he paid for her to go to Lanai. He met Vander Velde's emotional need for security with his charismatic personality, and material needs of food, housing and clothing to entice her to do things like going topless on a private beach to meet his sexual needs. She felt that finally she was loved by a man. Finally, <u>someone</u> was taking care of her, was so fun, and knew everyone.

After a week of his control, she missed her family, so she returned to Maui. He called her constantly. "I kind of liked it at first, but then it got annoying, too. He wanted to know what I was doing, who I was hanging out with, if I was horny, if I was having sex with anyone else." When she returned to Lanai. "I stayed with him another week. We went camping, stayed at a friend's house, and had sex all over the place." Then Vander Velde had to get away for a while, visited her family at home again. Ms Vander Velde says this happened "a lot." She further states that his phone calls got more intense over time.

One incident that she remembers: There is a friend in Lahaina at whose house Ms Vander Velde could hang out while waiting for the Ferry to Lanai. Arnold, she says, told her she could not go there. So, says Vander Velde, she didn't. Then a couple of hours later he called her and told her she could. So she did. Then he got mad at her for going there without telling him before she went there. She mentions that he had a habit of yelling and went "all crazy" at people. "I was always glad when it wasn't me." "Everyone is always yelling at me."

One time, Ms Vander Velde thought Arnold would be mad at S____, 38 years old approximately, who had <u>raped</u> her. Arnold did not protect Vander Velde. No body stood up for her.

When asked at the end of the session about her life, Ms Vander Velde said, " It feels so hard (eyes tear up.) Every time I try to get ahead, it is taken away."

<u>Concerns: These are the serious issues that I have heard repeatedly expressed and that I feel are affecting Ms Vander Velde's ability to function:</u>
1. <u>Trauma of rape with associated depression;</u>
2. <u>Cognitive disfunction;</u>
3. <u>Fogging of memories</u>
4. <u>Low self concept, negative thoughts of self worth;</u>
5. <u>History of safety in "run away and hide";</u>
6. <u>Cling to older men, looking for a stable male to provide safety and meet basic needs since these have never been consistently provided by anyone in her life.</u>

Mary Vander Velde     DOB: 1/10/83     Assessment     Page 6

7. "Thinking each male is the only person who cares for me;"
8. Chaotic family still pressuring her to meet their own needs even though she has these serious legal charges and the fear and uncertainty around her case.
9. Losses: starting with loss of self through rape, loss of a secure home base and people who are trustworthy
10. Constantly wants to please everyone.

Plan:
1. Live in a stable, structured, secure clean and sober treatment environment where people are trustworthy, schedules are met.
2. Psychiatric treatment of above concerns for Ms Vander Velde's Mental Health issues.
3. Job training so that she can earn a living wage.

If I can be of further help, please contact me at 244-5775.

Sincerely,

Dee White, ms case mgr

Dee White, MS, CSAC, NCC
"Ice" Project Service Coordinator
Community Clinic of Maui
48 Lono Avenue
Kahului, Hawai'i 96732
(808) 244-5775
       283-9791
FAX: (808) 242-7073

## DEANNA A. (DEE) WHITE, M.S., C.S.A.C., N.C.C., L.P.C.
### 896 MAHEALANI STREET
### KIHEI, HAWAII 96753-7319
### (808) 879-7151

EDUCATION:
  BA: California State University at Los Angeles, (Elementary Ed)
  MS: Portland State University (Counseling)

CERTIFICATIONS:
  Certified Alcohol and Drug Counselor, State of Hawaii
  NCC: National Board for Certified Counselors
  LPC: Oregon Board of Licensed Professional Counselors & Therapists

WORK EXPERIENCE:
  11/15/98 to Present: Ice Project Service Coordinator, Community Clinic of Maui: Develop Program. Provide screening, intake, referrals, assessments, treatment, education, continuing care to the community, individuals, family members and friends of alcohol and other drugs as needed to fill gaps in services for addicts on Maui.,
  Work with the Social Services and medical providers as appropriate.
  1997 To 1998: Ka Hale O Ke Ola Homeless Resource Center, Wailuku, HI.
  Case Manager. Work with Deputy Director & C.D. Program Director for Supervision. Confer with Case Managers at other facilities where clients are in treatment. Refer clients to resources to support recovery. Crisis Counseling. Problem Solving. Defuse Anger.
  1994 To 1997: Maui Youth and Family Services Substance Abuse Outpatient Treatment. School based Program for Adolescents at Lahaina Intermediate School. C.D education & Counseling. Curriculum development. Work with Family Court. Referrals to other providers. Case Management. Treatment Plans.
  1992 To 1993. Recovery Counseling Services, McMinnville, OR. Sharon Bell, C.A.D.C. Director. Diversion for DUI – Levels 1 & 2. U.A.s
  1990 To 1992: Private Practice: abuse, substance abuse. Oregon City, OR
  1989: Outpatient Coordinator, Woodside Women's Treatment Center for C.D. Bankrupt 11/93. Primary Therapist. Treatment planning. Supervision. Assessments. Program Development / delivery. Referrals. Family Counseling. U.A.s. Marketing.
  1988 To 1989: Woodside Women's Treatment Center, Counselor. Beaverton, OR.
  1988: McMinnville Community Hospital, Summer Family Counselor. McMinnville, OR.
  1987 to 1988: McMinnville Crisis Shelter, Contract Counselor. McMinnville, OR
  1986 to 1987: White Oaks C.D. Treatment Center, McMinnville & Salem, OR. Counselor for Adolescents.

PERSONAL INFORMATION: married; 2 grown children.

3/01