NOV-25-2005 03:18 AM

P.02

# Dr. Brenda Andrieu

Address: 91-1653 Auwaha St
Ewa Beach, Hi 96706

Lawyer's Building
550 Halekauwila Suite 200
Honolulu, Hi 96813

Phone: 808-681-0091 & 808-223-8857
Fax: 808-681-0091
Email: andrieu@middlebury.edu

## *Education*

1990 Diplomate American Board of Professional Psychology in Counseling Psychology
1975 Ph.D. University of Minnesota in Counseling Psychology with supporting fields Social Psychology and Special Education
1970 MA Federal City College of DC in Counseling (incomplete thesis)
1966 Double BA University of Missouri in Psychology and Sociology

## *Professional Experience*

2001-Present, Private Practice providing individual, couples, and group therapy; mediation, educational and psychological evaluations in Hawaii.

2002-Present, Mediator for Vocational Rehabilitation and Services for the Blind Division in Hawaii.

1994-2001, March. I provided disability evaluations for Disability Determination Services of Vermont; and, 1983-1987 evaluations for Portland Public Schools, Urban League Juvenile Services Commission, Urban League Youth Service, and Yaun Boys' Home in Portland, Oregon.)

1988-2000, February. Psychological Counselor, Coordinator of Psycho-educational Testing and Evaluation at Middlebury College in Middlebury, Vermont.

1987-1988, Clinical Health Psychologist at St. Francis Medical Center in La Crosse, Wisconsin.

1984-1985, Home Advocate for Harry's Mother working with teenage prostitutes in Portland, Oregon.

1984-1987, Instructor at Portland Community College teaching Intro Psychology.

1983-1987, Adult Therapist at the Center for Community Mental Health in Portland, Oregon.

1982-1983, Psychologist at Albina Youth Opportunity School for children with behavioral problems in Portland, Oregon.


Exhibit "2"

1978-1980, Associate Dean of Students at Southeast Missouri State University in Cape Girardeau, Missouri.

1976-1978, Director of Career Education at the College of St. Benedict in St. Joseph, Minnesota.

1974-1976, Program Development Specialist/Assistant Professor at the University of Minnesota for Teacher Corps

1971-1974, Counselor/Instructor for General College at the University of Minnesota.

1970-1971, Psychological Researcher for the Student Life Studies Department at the University of Minnesota.

1970-1971, Teacher at Second Foundation Free School in Minneapolis, Minnesota.

1964-1967, Counselor/Casework Supervisor at Missouri Division of Welfare in Kansas City and St. Louis, Missouri.

## Publications

2002-2003. Series of articles on psychological issues in Mahogany Latin Hawaii.

1993-1996. Series of articles on psychological issues affecting Black Americans in Reunion newspaper, Boston, MA.

1993-1996. Series of articles on ethical issues for the Vermont Psychologist newsletter.

1993-1996. Series of articles on spiritual issues for Ever Changing journal in Burlington, Vermont.

1993, "On Becoming a Psychologist: One Woman's Story on Surviving as an African-Cherokee American" in Mental Health And Social Work: Career Directory, Chapter 6, Morgan and Palmisano, ed.

1990-1994. Series of articles on eating issues for the Vermont Vegetarian newsletter.

1981. Series of articles on black issues in the Skanner newspaper in Portland, Oregon.

1980. Chart, "Did Something Go Wrong Today???"

1980. "Has the Lot of Minority Owned Business Improved?" in Business Success News, pages 6-7, September.

1979. "Programming for Minority Women", in Up the Ladder: Women Professionals and Clients in College Student Personnel, Chapter 9, Gelwick, ed.

1976. "Do you Have Difficulty Making Decisions?" St. Paul Times, September 17.

1976. "Do You Have A Picture of What You Want?" St. Paul Times, September 3.

1976. "Do You Know What You Want?" St. Paul Terrace Times, August 27.

1976. "Important Decisions, Here's A Few Helpful Hints", West Saint Paul Voice, April.

## Other Experiences

1993-1999, Ethics Chair/committee member of Vermont Psychological Association
1992-1996, Host and Producer of bi-weekly TV show, "Healthfully Speaking".

## Professional Memberships

Hawaiian Psychological Association
American Psychological Association
Academy of Counseling Psychology
American Indian Psychological Association
The Association of Black Psychologists
National Register of Health Service Providers
American Board of Professional Psychology
International Neuropsychological Society
Certified Forensic Examiner
Hawaii Professional Collaborative Mediators
EMDR Institute Trained Clinician
Licensed Psychologist in Hawaii, Wisconsin, and Vermont

## References

Dr. Edward Hurley, Head Psychologist/Determination Officer
Disability Determination Services
State of Vermont
Montpelier, Vermont 05633
1-800-734-2463

Dr. Mary T. Howard, Psychologist/Mentor
Veterans Hospital
Psychology Department
St. Cloud, Minnesota 56301
1-320-252-1670 (work)
1-320-252-8627 (home)

Dr. George Albee, Emeritus University of Vermont/Consultant
7157 Longboat Drive
Longboat Key, Florida 34228
1-941-387-8096

Dr. Gary Margolis, Director of Counseling and Human Relations/Supervisor
208 Carr Hall
Middlebury College
Middlebury, Vermont 05753
1-802-443-5141

Marion Bauer, Licensed Psychologist/Colleague
Chair of Vermont Psychology Ethics Committee
8 Elm St.
Middlebury, Vermont 05753
1-802-388-6812 (work)
1-802-388-7195 (home)

Deloris Guttman
African American Chamber of Commerce
1311 Kapiolani suite 203
Honolulu, Hawaii 96814
1-808-284-4032