IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401 HG |
| vs. | ) ) ) | |
| | ) | DECLARATION OF DR. BRENDA |
| GEORGE KEAHI, JR.,         (01) | ) | ANDRIEU, PH.D. |
| aka "Uncle Louie," | ) | |
| aka "Opelu," | ) | |
| BRIAN U'U,                       (02) | ) | |
| ARNOLD C. ARRUIZA         (03) | ) | |
| MARY H. VANDERVELDE, (04) | ) | |
| CHRIS TOLBERT                (05) | ) ) | |
| Defendant. | ) | |

## DECLARATION OF DR. BRENDA ANDRIEU, PH.D.

I, Dr. Brenda Andrieu, Ph.D., declare as follows:

1. I am a licensed psychologist in the State of Hawaii.

2. Jack Schweigert, Esq., Defendant Mary H. Vandervelde's court-appointed attorney in this case, has discussed with me the need to perform a psychological evaluation of Ms. Vandervelde and act as expert witness at Ms. Vandervelde's sentencing hearing on February 21, 2006.

3. If appointed by the Court as an expert, I will administer the WAIS-III to determine her intellectual level of functioning. I would also present her a problem, identifying information, history of problem, psychosocial history, current functioning, mental status, discussion, and diagnosis.

4. I attest the psychological evaluation, testing, scoring, writing, and testimony would require no more than 10 hours, and at the hourly rate of $150 would take no more than a total of $1,500.


Exhibit

5. I also attest that if I am appointed expert, at the end of my services to Ms. Vandervelde, I will fill out and submit a CJA 21 to the Court for payment.

I declare under penalty of perjury the foregoing is true and correct.

Executed in Honolulu, Hawaii, this 29 day of January, 2006.

*Dr. Brenda Andrieu*
Dr. Brenda Andrieu
Licensed Psychologist