IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401 HG |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE KEAHI, JR.,        (01) | ) | CERTIFICATE OF SERVICE |
| aka "Uncle Louie," | ) | |
| aka "Opelu," | ) | |
| BRIAN U'U,                    (02) | ) | |
| ARNOLD C. ARRUIZA        (03) | ) | |
| MARY H. VANDERVELDE,   (04) | ) | |
| CHRIS TOLBERT            (05) | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The below-signed hereby certifies that on February 2, 2006, one copy of the attached

document was served on the following individual by hand delivery at the address indicated below:

Thomas Muehleck, Esq.
Assistant U.S. Attorney
300 Ala Moana Blvd., Box 50183, Room 6100
Honolulu, HI  96850
        Attorney for U.S.A.

_____
Person certifying service