EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401-04 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO HIRE |
| vs. | ) | DR. BRENDA ANDRIEU, PH.D. AS |
| | ) | EXPERT |
| MARY H. VANDERVELDE, (04), | ) | |
| | ) | Date:   February 17, 2006 |
| | ) | Time:   10:00 a.m. |
| Defendant. | ) | Judge:  Hon. Helen Gillmor |
| _____ | ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
TO HIRE DR. BRENDA ANDRIEU, PH.D. AS EXPERT

        The United States submits that should the Court provide

government funds to have defendant Vandervelde examined by

Dr. Brenda Andrien, Ph.D., as an expert witness, the United

States would ask the Court to delay the sentencing hearing and

order the defendant's examination by an expert selected by the

United States.

DATED: February 13, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
    THOMAS MUEHLECK
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

JACK F. SCHWEIGERT, ESQ.              February 13, 2006
550 Halekauwila Street, Rm. 309
Honolulu, Hawaii 96813

    Attorney for Defendant
    Mary H. Vandervelde

                              /s/ Rowena N. Kang