# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 17, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV. 04-00401HG

CASE NAME:         U.S.A. vs. (04) MARY H. VANDERVELDE

ATTYS FOR PLA:     Thomas C. Muehleck

ATTYS FOR DEFT:    Jack F. Schweigert

U.S.P.O.:          Peter D. Yoshihara

---

JUDGE:   Helen Gillmor              REPORTER:   Stephen Platt

DATE:    February 17, 2006          TIME:       10:00 - 10:30

---

COURT ACTION:   SENTENCING TO COUNT 1 OF THE INDICTMENT AS TO
                DEFENDANT (04) MARY H. VANDERVELDE -
                DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -
                DEFENDANT'S MOTION TO HIRE AT GOVERNMENT
                EXPENSE DR. BRENDA ANDRIEU, PH.D AS EXPERT -

The defendant is present on bond.

Discussion held regarding a letter to the Court from the Defendant's mother.
The letter was provided to Mr. Schweigert for his perusal and returned to the Court.
The Court ordered that the letter be filed under seal.

The Defendant's Motion to Hire at Government Expense Dr. Brenda Andrieu,
PH.D. as Expert.  The parties informed the Court that they will find an mutually agreed
upon  expert.  The motion is rendered moot.  The parties shall submit a Stipulation and
Order for Appointment of an Expert within a week.

Mr. Yoshihara shall contact Pretrial Services to make arrangement for the
defendant to move out of her mother's residence and move in with a friend.  A copy of
the above letter was provided to Mr. Yoshihara.

The Sentencing to Count 1 of the Indictment/Motion for Downward Departure  is continued to April 3, 2006 @ 11:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager

Submitted by: David H. Hisashima, Courtroom Manager