EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401-04 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STATEMENT RE: PROGRESS |
| vs. | ) | TOWARDS STIPULATION FOR |
| | ) | EXAMINATION OF DEFENDANT AT |
| MARY H. VANDERVELDE, (04), | ) | GOVERNMENT EXPENSE |
| | ) | |
| | ) | Sentencing Date: April 3, 2006 |
| Defendant. | ) | Time:  11:00 a.m. |
| _____ | ) | Judge: Hon. Helen Gillmor |

JOINT STATEMENT RE: PROGRESS TOWARDS STIPULATION
FOR EXAMINATION OF DEFENDANT AT GOVERNMENT EXPENSE

The parties wish to advise the Court that the parties have had difficulty contacting experts suggested by the Court for the examination of the defendant.  Additionally, while the United States has advised the defense that an examination by Dr. Terri Needels would be acceptable to the United States, Dr. Needels is out of town, and out of contact until Monday, February 27, 2006.[1]

---

[1] 1. The United States has spoken with Dr. Needels' office.

The United States and the defense are unsure if Dr. Needels would accept this appointment.  The defense, on Thursday, suggested four other experts but the undersigned AUSA has no experience with these individuals and cannot enter into a stipulation by Friday, February 24, 2006.  The parties need additional time to discuss their positions.  Both counsel for the United States and for the defendant believe a stipulation on the issue of examination can be reached with additional time.

   Sentencing hearing date for the defendant is set for April 3, 2006 at 11:00 a.m. before Chief United States District Judge Helen Gillmor.

   DATED: February 24, 2006, Honolulu, Hawaii.

            EDWARD H. KUBO, JR.
            United States Attorney
            District of Hawaii


           By /s/ Thomas Muehleck
            THOMAS MUEHLECK
            Assistant U.S. Attorney


            /s/ Thomas Muehleck
            JACK SCHWEIGERT
            Attorney for defendant
             Mary H. Vandervelde