# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 22, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00401HG |
| CASE NAME: | U.S.A. vs. (04) MARY VANDERVELDE |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | Jack F. Schweigert |
| U.S.P.T.S.: | Carolyn L.K. Hall |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 22, 2006 | TIME: | 3:00 - 3:25 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY BAIL SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to the violation of conditions of pretrial release.

Arguments held.

The bail is revoked.  The defendant is remanded to the U.S. Marshal.

Submitted by: David H. Hisashima, Courtroom Manager