ORIGINAL

PS 10
(8/88)

# United States District Court
## for the
## District of Hawaii



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at __10__ o'clock and ____ min ____ A
SUE BEITIA, CLERK

U.S.A. vs. MARY H. VANDERVELDE     Criminal Nos. 04-00401 HG

TO: ¹Any United States Marshal or any other authorized officer     903624

| WARRANT FOR ARREST OF DEFENDANT |
|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |

| NAME OF DEFENDANT<br>Mary H. Vandervelde | SEX<br>Female | RACE<br>White | AGE<br>23 |
|---|---|---|---|

| ADDRESS(STREET, CITY, STATE) |
|---|
| 135 Manino Circle, Bldg. 135, Unit 101, Kihei, Maui, HI 96753 |

| TO BE BROUGHT BEFORE |
|---|
| U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 |

| CLERK<br>Sue Betia | (BY) DEPUTY CLERK<br>*Alison Greaney* | DATE<br>03/06/2006 |
|---|---|---|

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>3/7/06 | DATE EXECUTED<br>3/22/06 |
| EXECUTING AGENCY (NAME AND ADDRESS) USMS<br>300 Ala Moana Blvd | | |
| NAME<br>Tony Cole | (BY)<br>*Tony Cole* | DATE<br>3/22/06 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."