Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00401 HG |
| | ) |
| vs. | ) DEFENDANT MARY H. VANDER |
| | ) VELDE'S NOTICE OF INTENTION |
| GEORGE KEAHI, JR.,         (01) | ) TO CALL WILLIAM T. TSUSHIMA, |
| aka "Uncle Louie," | ) M.D., AS AN EXPERT IN THE FIELD |
| aka "Opelu," | ) OF PSYCHOLOGY; EXHIBITS 1-3; |
| BRIAN U'U,                 (02) | ) CERTIFICATE OF SERVICE |
| ARNOLD C. ARRUIZA          (03) | ) |
| MARY H. VANDERVELDE,       (04) | ) <u>Sentencing</u>: |
| CHRIS TOLBERT              (05) | ) Date: May 16, 2006 |
| | ) Time: 2:00 p.m. |
| Defendants. | ) Judge: Helen Gillmor |

<u>DEFENDANT MARY H. VANDER VELDE'S NOTICE OF
INTENTION TO CALL WILLIAM T. TSUSHIMA, M.D., AS AN EXPERT IN
THE FIELD OF PSYCHOLOGY</u>

COMES NOW Defendant Mary H. Vander Velde, by and through her court-appointed counsel, and notices that (subject to the Court's authorization) she intends to call William T. Tsushima, Ph.D., whose curriculum vitae is attached hereto as Exhibit 1. Dr. Tsushima examined Ms. Vander Velde in accordance with a Stipulated Order of the Court dated March 21, 2006, a copy of which is attached hereto

as Exhibit 2.  Dr. Tsushima's examination report was submitted to the Court on March 28, 2006,  a copy of which is attached hereto as Exhibit 3.  Dr. Tsushima's testimony is expected to be in accordance with ¶4, Declaration of Jack Schweigert, which was attached to Defendant's Ex Parte Motion for Authorization to Hire Dr. William Tsushima, Ph.D. to Testify at the Sentencing of Defendant Vander Velde dated May 2, 2006.

    DATED:  Honolulu, Hawaii; May 12, 2006.

                                JACK SCHWEIGERT, ESQ.
                                Attorney for Defendant