IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00401 HG |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE KEAHI, JR., (01) | ) | CERTIFICATE OF SERVICE |
| aka "Uncle Louie," | ) | |
| aka "Opelu," | ) | |
| BRIAN U'U, (02) | ) | |
| ARNOLD C. ARRUIZA (03) | ) | |
| MARY H. VANDERVELDE, (04) | ) | |
| CHRIS TOLBERT (05) | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

The below-signed hereby certifies that on May 12, 2006, one copy of the attached document was served on the following individual by hand delivery at the address indicated below:

Thomas Muehleck, Esq.
Assistant U.S. Attorney
300 Ala Moana Blvd., Box 50183, Room 6100
Honolulu, HI 96850
    Attorney for U.S.A.

_____
Person certifying service