# CURRICULUM VITAE

**William T. Tsushima, Ph.D.**
Straub Clinic & Hospital
888 South King Street
Honolulu, Hawaii 96813
(808) 522-4521   Fax (808) 522-3526
e-mail: wtsushima@straub.net

## EDUCATION
| | |
|---|---|
| 1961 | B.A. Sociology |
| | University of Santa Clara, Santa Clara, California |
| 1963 | M.A. Psychology |
| | Fordham University, Bronx, New York |
| 1967 | Ph.D. Clinical Psychology |
| | Fordham University, Bronx, New York |

## MILITARY SERVICE
1967-1969   Captain, Psychology Officer, Medical Service Corps, U.S. Army
            Chief, Psychology Service, U.S. Army Hospital, Camp Zama, Japan

## CERTIFICATIONS
| | |
|---|---|
| 1970 | Certified Psychologist, State of Hawaii |
| 1975 | Certified, National Register of Health Services Providers of Psychology |
| 1983 | Diplomate, American Board of Professional Neuropsychology |
| 1986 | Senior Fellow, Biofeedback Certification Institute of America |
| 1986 | Fellow and Diplomate, American Board of Medical Psychotherapists |
| 1996 | Diplomate, American Board of Forensic Medicine |

## PRESENT POSITIONS
1. Clinical psychologist, Straub Clinic and Hospital, 1969 - present
2. Adjunct associate professor, Department of Psychiatry, School of Medicine, University of Hawaii, 1973 - present
3. Clinical Program Affiliate Faculty member, Department of Psychology, University of Hawaii
4. Consulting psychologist, Iolani School, 1970 - present
5. Consulting psychologist, St. Louis School, 1989 - present
6. Professional Advisory Council member, American Board of Medical Psychotherapists, 1986 - present
7. Advisory Committee member, Board of Psychology, State of Hawaii, 1990 - present
8. Board of Directors member, Straub Foundation, 1994 - present
9. Editor, *Annals of Medical Psychotherapy and Psychodiagnosis*, 2002 - present.

**EXHIBIT 1**

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 2

## PROFESSIONAL ORGANIZATIONS

1. Member, American Psychological Association
2. Member, Hawaii Psychological Association (President, 1975)

## AWARDS/HONORS

1980  Excellence in Research Award, Straub Clinic and Hospital
1983  Excellence in Research Award, Straub Clinic and Hospital
1984  Distinguished Service Award, Hawaii Psychological Association
1984  Excellence in Research Award, Straub Clinic and Hospital
1986  Award for Excellence in Research, Straub Foundation
1988  Excellence in Research Award, Distinguished Researcher, Straub Clinic and Hospital
1993  Guy Champion and John C. Milnor Professional Activities Award, Straub Foundation
1993  Excellence in Research Award, Second Place, Straub Clinic and Hospital
1995  Karl F. Heiser Award for Advocacy, American Psychological Association
1996  Arnold Award for Excellence in Research, Straub Clinic and Hospital
1997  Significant Professional Contribution Award, Hawaii Psychological Association
1998  Arnold Award for Excellence in Research, Straub Clinic and Hospital
2001  Excellence in Publication Award, Straub Clinic and Hospital
2002  Lifetime Achievement Award, Hawaii Psychological Association
2003  Alumnus of the Year, St. Louis School
2004  Excellence in Research Award, Straub Clinic and Hospital

## PUBLICATIONS

1. Blatt, B., & Tsushima, W.T. (1966). A psychological survey of uremic patients being considered for the chronic hemodialysis program. *Nephron, 3,* 206-208.

2. Tsushima, W.T. (1968). Responses of Irish and Italian patients of two social classes under preoperative stress. *Journal of Personality and Social Psychology, 8,* 43-48.

3. Tsushima, W.T. (1969). Responses of Irish and Italian patients of two social classes on the Marlowe-Crowne Desirability Scale. *Journal of Social Psychology, 77,* 215-219.

4. Tsushima, W.T. (1973). An introduction to biofeedback. *Straub Clinic Proceedings, 44,* 38-41.

5. Tsushima, W.T. (1975). Relationship between the Mini-Mult and the MMPI with medical patients. *Journal of Clinical Psychology, 31,* 673-675.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 3

6.  Boyar, J.I., & Tsushima, W.T. (1975). Cross-validation of the Halstead-Reitan Neuropsychological Battery: Application in Hawaii. *Hawaii Medical Journal, 34,* 94-96.

7.  Tsushima, W.T., & Hogan, T.P. (1975). Verbal ability and school achievement of bilingual and monolingual children of different ages. *Journal of Educational Research, 68,* 349-353.

8.  Tsushima, W.T., & Towne, W.S. (1977). Neuropsychological abilities of young children with questionable brain disorders. *Journal of Consulting and Clinical Psychology, 45,* 757-762.

9.  Tsushima, W.T., & Bratton, J.D. (1977). Effects of geographic region upon WAIS results: A Hawaii-Mainland U.S. comparison. *Journal of Consulting and Clinical Psychology, 45,* 501-502.

10. Tsushima, W.T., & Towne, W.S. (1977). Effects of paint sniffing on neuropsychological test performance. *Journal of Abnormal Psychology, 4,* 402-207.

11. Towne, W.S., & Tsushima, W.T. (1978). The use of the Low Back and the Dorsal Scales in the identification of low back patients. *Journal of Clinical Psychology, 34,* 88-91.

12. Tsushima, W.T., & Hawk, A.B. (1978). The clinical application of EMG biofeedback therapy for muscle contraction headaches. *Hawaii Medical Journal, 36,* 270-271.

13. Tsushima, W.T., & Hawk, A.B. (1978). EMG biofeedback treatment of traumatic headache: A preliminary outcome study. *American Journal of Clinical Biofeedback, 1,* 65-67.

14. Tsushima, W.T. (1978). Biofeedback and stress-related disorders. *Straub Clinic Proceedings, 44,* 38-41.

15. Wedding, D., & Tsushima, W.T. (1979). Clinical application of biofeedback: A summary of research 1974-1978. *Hawaii Medical Journal, 38,* 9-12.

16. Tsushima, W.T., & Towne, W.S. (1979). Clinical limitations of the Low Back Scale. *Journal of Clinical Psychology, 35,* 306-308.

17. Tsushima, W.T., & Wedding, D. (1979). MMPI results of male candidates for transsexual surgery. *Journal of Personality Assessment, 43,* 395-387.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 4

18. Tsushima, W.T., & Wedding, D. (1979). A comparison of the Halstead-Reitan Neuropsychological Battery and computerized tomography in the identification of brain disorder. *Journal of Nervous and Mental Disease, 167*, 704-707.

19. Tsushima, W.T., & Towne, W.S. (1980). ITPA performances of young children with and without questionable brain disorders. *Journal of Learning Disabilities, 13*, 477-479.

20. Tsushima, W.T., & Popper, J.S. (1980). Computerized tomography: A report of false negative errors. *Clinical Neuropsychology, 2*, 130-133.

21. Tsushima, W.T., & Onorato, V.A. (1982). Comparison of MMPI scores of white and Japanese-American medical patients. *Journal of Consulting and Clinical Psychology, 50*, 150-151.

22. Tsushima, W.T. (1982). Treatment of phantom limb pain with EMG and temperature biofeedback: A case study. *American Journal of Clinical Biofeedback, 5*, 150-153.

23. Tsushima, W.T. (1983). La aplicacion clinica de la biorretroalimentacion EMG para los dolores de cabeza traumaticos. *Revista Latinoamericana de Psicologia, 15*, 133-137.

24. Tsushima, W.T., Onorato, V.A., Okumura, F.T., & Sue, D. (1983). The predictive validity of the STAR: A need for local validation. *Educational and Psychological Measurement, 43*, 663-665.

25. Onorato, V.A., & Tsushima, W.T. (1983). EMG, MMPI and treatment outcome in the biofeedback therapy of tension headaches and posttraumatic pain. *American Journal of Clinical Biofeedback, 6*, 71-81.

26. Tsushima, W.T. (1984). Luria-Nebraska Neuropsychological Battery. In R.J. Corsini (Ed.) *Encyclopedia of Psychology*, New York:Wiley.

27. Tsushima, W.T. (1984). Minnesota Multiphasic Personality Inventory. In R.J. Corsini (Ed.) *Encyclopedia of Psychology*. New York:Wiley.

28. Tsushima, W.T. (1984). Psychosomatic disorders. In R.J. Corsini (Ed.) *Encyclopedia of Psychology*. New York:Wiley.

29. Tsushima, W.T., & Armstrong, A. (1985). Applicability of an alternate form of the Luria-Nebraska Neuropsychological Battery. *Straub Proceedings, 50*, 9-13.

30. Tsushima, W.T. (1985). Relaxation training: A medical-behavioral treatment. *Straub Proceedings, 50*, 24-30.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 5

31. Tsushima, W.T. (1985). Psychological therapies for chronic pain. *Hawaii Medical Journal, 44,* 124-125.

32. Tsushima, W.T., & Onorato, V.A. (1985). Neuropsychological test performance of heavy and light paint sniffers in a residential treatment program. *Straub Proceedings, 50,* 26-32.

33. Tsushima, W.T., & Stoddard, V.M. (1986). Predictive validity of a short-form WPPSI with pre-kindergarten children: A 3-year follow-up study. *Journal of Clinical Psychology, 42,* 526-527.

34. Tsushima, W.T. (1986). Current neuropsychological techniques in the evaluation of stroke patients. *Straub Proceedings, 51,* 12-13.

35. Tsushima, W.T. (1986). Biofeedback therapy and the chronic pain patient. *The Rehab Journal, 4,* 3.

36. Tsushima, W.T., & Fernandes, L. (1986). Thermography and MMPI results of chronic pain patients: A preliminary investigation. *Straub Proceedings, 51,* 29-30.

37. Tsushima, W.T., & Guerrero, M.D. (1987). Empirical development of a memory assessment scale for neurological patients. *Straub Proceedings 52,* 13-15.

38. Tsushima, W.T., & Pang, D.P. (1987). Neuropsychological test performance in Alzheimer's Disease: An 11-year case study. *International Journal of Clinical Neuropsychology, 9,* 120-124.

39. Tsushima, W.T., & Tsushima, V.G. (1987). Sex differences in dichotic listening among Asian Americans. *Perceptual and Motor Skills, 64,* 711-714.

40. Tsushima, W.T., Pang, D.P. & Stoddard, V.M. (1987). Sex similarities and differences in the biofeedback treatment of chronic pain. *Clinical Biofeedback and Health, 10,* 45-50.

41. Tsushima, W.T., Glamb, R.W., & Pang, D.P. (1987). Behavioral treatment of palmar hyperhidrosis. *Hawaii Medical Journal, 46,* 238, 259-260.

42. Stoddard, V.M., Tsushima, W.T., & Heiby, E. (1988). MMPI predictors of outpatient medical utilization rates following psychotherapy. *Psychotherapy, 25,* 370-376.

43. Tsushima, W.T. (1988). Current psychological treatments for stress-related skin disorders. *Cutis, 42,* 402-404.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 6

44. Tsushima, W.T., Boyar, J.I., Zhao, Z., & Shimizu, A.A. (1988). Discriminant function analyses of the Luria-Nebraska Neuropsychological Battery. *Straub Proceedings, 53,* 12-14.

45. Tsushima, W.T., Shimizu, A.A., Nakano, K.K., & Narikiyo, T.A. (1988). Thermography and MMPI results of chronic pain patients: An expanded investigation. *Straub Proceedings, 53,* 15-16.

46. Tsushima, W.T. & Stoddard, V.M. (1990). Ethnic group similarities in the biofeedback treatment of pain. *Medical Psychotherapy, 3,* 69-75.

47. Tsushima, W.T. (1990). Effects of financial compensation on injuries and disabilities: A review of four questionable generalizations. *The Straub Foundation Proceedings, 55,* 5-6.

48. Tsushima, W.T., Stoddard, V.M., Tsushima, V.G., & Daly, J. (1991). Characteristics of treatment drop-outs among two samples of chronic headache patients. *Journal of Clinical Psychology, 47,* 199-205.

49. Tsushima, W.T., & Shimizu, A.A. (1991). Effects of a no-smoking policy upon medical center employees. *The International Journal of the Addictions, 26,* 23-28.

50. Novak, P.A., Tsushima, W.T., & Tsushima, M.M. (1991). Predictive validity of two short-forms of the WPPSI: A 3-year follow-up study. *Journal of Clinical Psychology, 47,* 698-702.

51. Tsushima, W.T., & Wong, J.M. (1992). Comparison of legal and medical referrals to neuropsychological examination following head injury. *Forensic Reports, 5,* 359-366.

52. Tsushima, W.T., & Tsushima, V.G. (1993). Relation between headaches and neuropsychological functioning among head injury patients. *Headaches, 31,* 139-142.

53. Tsushima, W.T. (1994). Time spent on child care by working mothers and spouses. *The Proceedings of the Straub Pacific Health Foundation, 58,* 1-2.

54. Tsushima, W.T. (1994). Short form of the WPPSI and WPPSI-R. *Journal of Clinical Psychology, 50,* 877-880.

55. Tsushima, W.T., Boyar, J.I., Shimizu, A.A., & Harada, A.S.M. (1995). Applicability of the Luria-Nebraska Neuropsychological Battery with Asian and Pacific Islander Americans. *Advances in Medical Psychotherapy, 8,* 137-144.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 7

56. Tsushima, W.T. (1996). MMPI measures of malingering and neuropsychological test performance among head injury patients. *Forensic Examiner, 5,* 34-35.

57. Tsushima, W.T., & Anderson, R.M., Jr. (1996). *Mastering Expert Testimony: A Courtroom Handbook for Mental Health Professionals.* Lawrence Erlbaum Associates, Inc.

58. Tsushima, W.T., & Newbill, W. (1996). Effects of headaches during neuropsychological testing of mild head injury patients. *Headache, 36,* 613-615.

59. Tsushima, W.T., Foote, R., Merrill, T.S., Lehrke, S.A. (1996). How independent are independent psychological examinations? A workers compensation dilemma. *Professional Psychological: Research and Practice, 27,* 626-628.

60. Tsushima, W.T., & Nakano, K.K. (1998). *Effective Medical Testifying: A Handbook for Physicians.* Boston: Butterworth-Heinemann.

61. Isaki, B.K., Pillai-Allen, A., & Tsushima, W.T. (1998). Evaluation of the effectiveness of biofeedback and pelvic floor electrical stimulation as a treatment for female urinary incontinence: A retrospective study. *The Proceedings of the Straub Foundation, 62,* 69-70.

62. Tsushima, W.T. (1999). *Malingering and Deception in Adolescents* [Review of the book.]. *The Journal of Psychiatry and Law, 27,* 731-734.

63. Tsushima, W.T. (2001). Psychosomatic Disorders. In W.E. Craighead & C.B. Nemeroff (Eds.) *The Corsini Encyclopedia of Psychology and Behavioral Science (3rd ed.)* New York: Wiley.

64. Tsushima, W.T. (2001). Luria-Nebraska Neuropsychological Battery. In W.E. Craighead & C.B. Nemeroff (Eds.) *The Corsini Encyclopedia of Psychology and Behavioral Science (3rd ed.)* New York: Wiley.

65. Tsushima, W.T., & Tsushima, V.G. (2001). Comparison of the Fake Bad Scale and other MMPI-2 validity scales with personal injury litigants. *Assessment, 8,* 205-212.

66. Tsushima, W.T., & Tsushima, V.G. (2002). Comparison of MMPI-2 scores of white and Japanese American medical patients. *Advances in Medical Psychotherapy and Psychodiagnosis, 11,* 1-8.

William T. Tsushima, Ph.D.
Curriculum Vitae
Page 8

67. Lee, J.D., Lee, S.J., Tsushima, W.T., Yamauchi, H., Lau, W.T., Popper, J., Stein, A., Johnson, D., Lee, D., Petrovich, H., & Dang, C.R. (2003)., Benefits of off-pump bypass on neurologic and clinical morbidity: A prospective randomized trial. *Annals of Thoracic Surgery, 75*: 18-26.

68. Tsushima, W.T., & Wong, R.K.M. (2003). Stalking of doctors by patients: A case study of love obsessional stalking. *Journal of Threat Assessment, 2,* 35-47.

69. Tsushima, W.T. (2004). Psychosomatic Disorders. In W.E. Craighead & C.B. Nemeroff (Eds.) *The Concise Corsini Encyclopedia of Psychology and Behavioral Science (3rd ed.)* New York: Wiley.

70. Tsushima, W.T. (2004). Luria-Nebraska Neuropsychological Battery. In W.E. Craighead & C.B. Nemeroff (Eds.) *The Concise Corsini Encyclopedia of Psychology and Behavioral Science (3rd ed.)* New York: Wiley.

71. Tsushima, W.T., & Ingolfsdottir, E. (2004). MMPI-2 scores of patients with insomnia. *Psychological Reports, 94,* 267-272.

72. Tsushima, W.T., Bridenstine, M.P., & Balfour, J.F. (2004). MMPI-2 scores in the outcome prediction of gastric bypass surgery. *Obesity Surgery, 14,* 528-532.

73. Lee, J.D., Lee, S.J., Tsushima, W.T., Yamauchi, H., Lau, W.T., Popper, J., Johnson, D., Petrovich, H., & Dang, C.R. (2004). Benefits of off-pump bypass on neurologic function: Reply. *Annals of Thoracic Surgery, 78,* 1132.

74. Lee, J.D., Lee, S.J., Tsushima, W.T., Lau, W.T., Johnson, D., & Petrovich, H. (2005). Do off-pump surgical procedures really improve memory?: Reply. *Annals of Thoracic Surgery, 79,* 1462.

75. Tsushima, W.T., Johnson, D.B., Lee, J.D., Matsukawa, J.M., & Fast, K.M.S. (2005). Depression, anxiety and neuropsychological test scores of candidates for coronary artery bypass graft surgery. *Archives of Clinical Neuropsychology, 20,* 667-673.

12/05