ORIGINAL

Jack Schweigert, Esq.
550 Halekauwila Street, Room 309
Honolulu, HI 96813
Phone: 533-7491

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00401 HG |
| ) | |
| vs. ) | STIPULATION |
| ) | |
| GEORGE KEAHI, JR.,           (01) ) | |
|   aka "Uncle Louie," aka "Opelu," ) | LODGED |
| BRIAN U'U,                   (02) ) | |
| ARNOLD C. ARRUIZA,           (03) ) | MAR 1 5 2006 |
| MARY H. VANDERVELDE,         (04) ) | 1:05 pm (ay) |
| CHRIS TOLBERT                (05) ) | CLERK, U.S. DISTRICT COURT |
|           Defendant.          ) | DISTRICT OF HAWAII |

STIPULATION

IT IS HEREBY AGREED TO BY AND BETWEEN THE PARTIES

through their respective counsel that Dr. William Tsushima is mutually agreeable

to:

1) Conduct a full review of Ms. Vander Velde's medical records that are

available and/or otherwise provided to the doctor,

2) Conduct a 2-hour interview of Ms. Vander Velde,

3) Conduct 4 hours of testing of Ms. Vander Velde, to include the WAIS-III

EXHIBIT 2

to determine her intellectual level of functioning,

4) By April 1, 2006, submit a written report to the Court and Attorneys Muehleck and Schweigert to include Ms. Vander Velde's psychosocial history, current functioning, mental status, discussion, and diagnosis.

IT IS FURTHER AGREED that Dr. Tsushima will be paid $1,500.00 for this service subject to further order of the Court.

IT IS FURTHER AGREED that in an effort to accommodate Dr. Tsushima's schedule and counsels' need to respond to Dr. Tsushima's results in their sentencing arguments, the sentencing now set for April 3, 2006 shall be continued to 4/24/06 at 3:00 o'clock.

DATED: Honolulu, Hawaii; 3.17.06

_____
Jack Schweigert, Esq.
Attorney for Defendant
Mary H. Vandervelde (04)

_____ 15 March 06
Thomas Muehleck, Esq.
Assistant U.S. Attorney
Attorney for U.S.A.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

U.S.A. v. VANDERVELDE (2), CR. No. 04-00401 HG; Stipulation

2