# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 16, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00401

CASE NAME:        U.S.A. vs. (04) MARY H. VANDERVELDE

ATTYS FOR PLA:    Beverly Wee Sameshima for Thomas C. Muehleck

ATTYS FOR DEFT:   Jack F. Schweigert

U.S.P.O.:         Malia Eversole

| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
|---|---|---|---|
| DATE: | May 16, 2006 | TIME: | 2:00 - 2:55 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE INDICTMENT AS TO
(04) MARY H. VANDERVELDE -
DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.

The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

William Tsushima, PhD., CST as an expert in psychology.
Exhibit A, Dr. Tsushima's Report, admitted in evidence.

Allocution by the defendant.

The Sentencing/Motion for Downward Departure is continued to July 5, 2006 @ 2:00 p.m.

Mr. Schweigert is directed to meet with U.S.P.O. Malia Eversole and find out if the defendant meets the criteria to be designated to a medical facility such as FMC Carswell, Forth Worth,TX. Ms. Eversole was directed to fashion some special conditions of supervised release that will address the defendant's mental health, substance abuse and housing issues. Mr. Schweigert shall also research placement of the defendant into various residential housing for her substance abuse and mental health issues after release from confinement.

Mr. Schweigert shall file his proposals by July 3, 2006.


Submitted by: David H. Hisashima, Courtroom Manager