ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-401HG-04 |

Mary H. Vandervelde

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2007

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Mary H. Vandervelde and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | 10/16/2007 at Honolulu, Hawaii |
|  | Date and Location |

Bail Fixed at NO BAIL           By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
HONOLULU, HI

| Date Received | 10-16-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 10-17-07 | RUSSELL NAKASATO DUSM | |