# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00401HG-004 |
| CASE NAME: | UNITED STATES OF AMERICA v. (04) MARY H. VANDERVELDE |
| ATTYS FOR PLA: | Thomas C. Muehleck, AUSA |
| ATTYS FOR DEFT: | (04) Jack F. Schweigert, Esq. |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | October 29, 2007 | TIME: | 2:00 - 2:30 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (04) MARY H. VANDERVELDE

The defendant is present in custody.

The defendant admitted to Violation No 1.

The Court finds that this is a Grade C violation, Criminal History Category I.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (04) Mary H. Vandervelde is **CONTINUED to MONDAY, NOVEMBER 26, 2007 AT 11:00 A.M.**

    Submitted by: Mary Rose Feria, Courtroom Manager