AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2008

———— District of Hawaii ————

at ___4__o'clock and __20__ min, ___ __M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 04-00401 HG (04)

MARY H. VANDERVELDE

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED TO ARREST MARY H. VANDERVELDE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violation of Special Condition No. 7 of Supervised Release: *On March 17, 2008, the offender was terminated from Sand Island Treatment Center due to noncompliance with the program rules.*

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *Annaklare* | March 17, 2008 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL

By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Honolulu, HI* | | |
| Date Received *3/17/08* | NAME AND TITLE OF ARRESTING OFFICER *Arthur Oh / Deusen* | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest *3/17/08* | | |