# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00401HG |
| CASE NAME: | United States of America Vs. (04) Mary H. Vandervelde |
| ATTYS FOR PLA: | Thomas C. Muehleck and Derek Kim-Probation Officer |
| ATTYS FOR DEFT: | (04) Jack Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 03/21/2008 | TIME: | l0:05am-l0:17am |

COURT ACTION:  EP: As to Defendant (04) Mary H. Vandervelde-Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant denies the Alleged Violation No. 1 as stated in the Request for Course of Action filed on 3/17/2008.

This matter is continued to March 27, 2008 @3:00 p.m.

The Probation Officer Lisa Jicha is to be present along with a Representative from the Sand Island Treatment Center (SITC) at the hearing on March 27, 2008.

Defendant is remanded to the Custody of the U.S. Marshal's

Submitted by Leslie L. Sai, Courtroom Manager