# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00401HG |
| CASE NAME: | United States of America Vs. (04) Mary H. Vandervelde |
| ATTYS FOR PLA: | Thomas C. Muehleck and Lisa Jicha Probation Officer |
| ATTYS FOR DEFT: | (04) Jack Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 03/27/2008 | TIME: | 3:05pm-4:00pm |

COURT ACTION: EP: As to Defendant (04) Mary H. Vandervelde- Continued Hearing on the Order to Show Cause why Supervised Release should not be revoked-Defendant present in Custody.

Hearing on the alleged violation as stated in the Request for Course of Action filed on March 17, 2008.

Government Witness-Cathy Ahana-Rose-CST

Government Exhibit 1-Admitted for this hearing.

Defendant Witness-Mary Vandervelde-CST

Court did find that the defendant did violate conditions of Supervised Release

Court stated for the record as to this case-Grade C Violation
                                                Criminal History Category:1
                                                Guideline Imprisonment Range:3 to 9 Months

Defendant's Oral Motion to Continue the Sentencing to allow Defendant's Counsel time to find out information as to another Drug Facility that the Defendant may be accepted in- is hereby Granted.

Sentencing continued to 5/22/2008 @2:15 p.m.

Defendant remanded to the Custody of the U.S. Marshal's


Submitted by Leslie L. Sai, Courtroom Manager