USA vs. Mary H. Vandervelde

# Sand Island Treatment Center
## Client Agreement to a Behavioral Change

### Explanation

While a client-participant at the Sand Island Treatment Center, counseling efforts will be made to help you make the necessary behavioral changes for living a life free of chemical dependency, pain, and misery.

In general, people need some sort of reinforcement to promote a change in behavior.
By signing this agreement form, you are stating that you understand what behavior is expected of you in order to go offsite with peers, and that you understand that choosing not to adhere to the specific requirements of your participation can lead to loss of certain rights or privileges as a condition of continued stay, or termination of treatment services.
2-21-08

### Client Agreement

I, <u>Mary H. Vander Velde</u>, agree to comply with the following requirements in order to go off site on pass with my peers for the duration of my participation in treatment at the Sand Island Treatment Center.

*I Will Do the following:*                                                                    Client Initial:

Show up for groups, meetings and responsibilities on time (including house jobs).    M.V.

Develop a schedule that includes my groups, meetings, house jobs.                    M.V.

Do homework on time (Make a list of what homework I have to do, when it is due, and when I turned it in.)    M.V.

During Process groups and Individual Counseling sessions I will answer with a solid idea. I will not answer with "I don't know" and will engage in conversations with peers.    M.V.

During every meeting I will share 3-5 sentences.    M.V.

I will take notes in every meeting so when asked, I can share what the meeting was about.    M.V.

After I complete my house jobs, I will get comments from a Staff member.    M.V.

I will keep my living area clean, neat and organized on a daily basis.    M.V.

By signing below, I understand that violating *any* of the above agreements can lead to ongoing forfeit of any movement offsite, behavioral sanctions and/or termination of treatment services. I further agree that if I find myself having difficulty adhering to these agreements, I will ask Staff for help and before making any decisions in order to safeguard my recovery.

Client Signature: [signature]          Date: 2-21-08

Therapist Signature: [signature]       Date: 2-21-08

## Weekly Review (Consumer and Counselor)

Review Date: 2-28-08

Client has been abiding by the agreement of this behavioral contract: ☒ Yes ☐ No
Have positive changes in behavior been achieved? ☒ Yes ☐ No
Explain: _____

The terms of this contract will extend for another week ☒ Yes ☐ No

x _[signature]_  2-28-08
Consumer's Signature  Date

_____  2-28-08
Therapist's Signature  Date

---

Review Date: 3·6·8

Client has been abiding by the agreement of this behavioral contract: ☒ Yes ☐ No
Have positive changes in behavior been achieved? ☐ Yes ☒ No
Explain: Some inappropriate sharing in AA mtg, personal towards speaker

The terms of this contract will extend for another week ☒ Yes ☐ No

x _[signature]_  3·6·8
Consumer's Signature  Date

_____  3·6·8
Therapist's Signature  Date

---

Review Date: 3·15·08

Client has been abiding by the agreement of this behavioral contract: ☒ Yes ☐ No
Have positive changes in behavior been achieved? ☒ Yes ☐ No
Explain: Completing assignments, participating in tx svc

The terms of this contract will extend for another week ☒ Yes ☐ No

x _[signature]_  3·15·08
Consumer's Signature  Date

_____  3·15·08
Therapist's Signature  Date

---

Review Date: _____

Client has been abiding by the agreement of this behavioral contract: ☐ Yes ☐ No
Have positive changes in behavior been achieved? ☐ Yes ☐ No
Explain: _____

The terms of this contract will extend for another week ☐ Yes ☐ No

_____  _____
Consumer's Signature  Date

_____  _____
Therapist's Signature  Date

# ORIENTATION TO RULES & REGULATIONS
## FOR CLIENT CONDUCT

This booklet is intended explain treatment center operations and the kind of behavior that is maintained in Sand Island. All clients follow the same rules and guidelines to the best of his/her ability. Ask for help where you need to. A House Rules Meeting, will be held at least quarterly, and is mandatory for all client-participants.

## COUNSELOR-GROUP, COLOR-CODED BADGES:

Primary Counseling groups are recognized by badge color. Wear your badge at all times while onsite. While on approved pass or appointment, your badge is held in the main counseling office until you return. Interactions are permitted within your primary group for practice of new social skills for sobriety. "Negative Contracts" are not acceptable and if you are found to be involved, limits will be placed on your social options within the treatment center.
(See, NEGATIVE CONSEQUENCES FOR INAPPROPRIATE CONDUCT Pg. 14).

## CARDINAL RULES :

- No acts or threats of violence.

- No Stealing. *Stay out of other people's areas and touch nothing that doesn't belong to you. No Borrowing of any items or belongings from other patients.)*

- No engaging in exchange of monies or other financial dealings.
  *(This includes, no gambling, loaning/borrowing money, and/or giving away of personal items.)*

- There will be absolutely zero tolerance surrounding the use or possession of beverage Alcohol or Illicit substances on the Sand Island Treatment Center Property. The use of Alcohol or illicit substances by client-participants of the Sand Island Treatment Center is not permitted.

- Sand Island Treatment Center offers the recovery opportunity to Males and Females; however cross-gender interaction is prohibited. Use your time here to heal old relationship wounds, not make new ones. Learn civilized respect toward the opposite sex.

- There will be no illicit drugs or weapons allowed on the grounds of The Sand Island Treatment Center. Licit drugs will be logged and managed through the medical unit.

- Respect the hard work that everyone in treatment needs to do and do not attempt to promote the continued reliance on deception or deceptive conduct among other members of the treatment population. Such conduct is grounds for immediate discharge.