# MINUTES

CASE NUMBER:        CR 04-00401HG-004

CASE NAME:          UNITED STATES OF AMERICA v. (04) MARY H. VANDERVELDE

ATTY FOR PLA:       Thomas C. Muehleck, AUSA

ATTY FOR DEFT:      (04) Jack Schweigert, Esq.

U.S.P.O.:           Lisa K.T. Jicha

---

JUDGE:    Helen Gillmor          REPORTER:    Debra Chun

DATE:     May 22, 2008           TIME:        2:20 - 2:30

---

COURT ACTION:   CONTINUED HEARING ON THE ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

On March 27, 2008, the Court found the defendant did violate the conditions of Supervised Release.  The Court found that this is a Grade C violation, Criminal History Category I.

That the defendant shall remain at the Federal Detention Center until a bed space becomes available at Poa'ailani Dual Diagnosis residential treatment center. At that time, the United States Marshal Service shall transport the Defendant to the courthouse where she shall be released to Defense Counsel for transport to the treatment facility. The Defendant shall remain at the program until she receives a clinical discharge.

All other conditions of supervised release remain in effect.

Continued Hearing on  the Order to Show Cause Why Supervised Release Should Not Be Revoked  as to Defendant (04) Mary H. Vandervelde is set for October 6, 2008 at 2:00 p.m.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager